~~FILED SEALED BY COURT~~

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No. |
| Plaintiff, ) | **'05 mg 1331** |
| v. ) | |
| 1102 La Mesa Boulevard ) | ORDER SEALING SEARCH WARRANT; AND THE APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT |
| Spring Valley, California ) | |
| Defendant. ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the search warrant; and the application and affidavit for search warrant; and this order be sealed until further order of the court.

IT IS FURTHER ORDERED that a copy of the search warrant may be left at the premises searched.

DATED: August 22, 2005

*/s/ Nita L. Stormes*
HONORABLE NITA L. STORMES
United States Magistrate Judge

Presented by:

CAROL C. LAM
United States Attorney

*/s/ Mitchell D. Dembin*
MITCHELL D. DEMBIN
Assistant U.S. Attorney