```
 1  KAREN P. HEWITT
    United States Attorney
 2  MITCHELL D. DEMBIN
    Assistant U.S. Attorney
 3  California Bar Number 114017
    Federal Office Building
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 557-5558

 6  Attorneys for Plaintiff
    United States of America
 7
```

FILED

08 JUN 16 PM 2:55

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:    C1    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 05MG1331 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | EX PARTE MOTION AND ORDER TO UNSEAL SEARCH WARRANT |
| 1102 La Mesa Boulevard Spring Valley, California | ) | |
| Defendant. | ) | |

The United States of America, through its attorneys, Karen P. Hewitt, United States Attorney, and Mitchell D. Dembin, Assistant U. S. Attorney, moves this Court to unseal the search warrant, the application for the search warrant, the return of the search warrant and the affidavit in support of the search warrant in Magistrate Case No. 05MG1331.

In support of this Motion, counsel for the government states that the need for continued secrecy has passed.

Accordingly, it is requested that the Court order that the search

05MG1331

1  warrant materials in Magistrate Case No. 05MG1331 be unsealed.
2  Dated: June 12, 2008

```
                                    Respectfully submitted,

                                    KAREN P. HEWITT
                                    United States Attorney

                               By:  /s/ Mitchell D. Dembin
                                    MITCHELL D. DEMBIN
                                    Assistant U. S. Attorney
```

## ORDER

Upon motion of the United States, good cause appearing therefor, **IT IS HEREBY ORDERED** that the search warrant materials in Magistrate Case No. 05MG1331 are unsealed.

Dated: 6/13/2008

HONORABLE ~~NITA L. STORMES~~ Ruben Brooks
United States Magistrate Judge